# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MN2V | 9261159 | S. PARISEAU | 3163 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 09/28/2025 0900
Offense Charged: ☒ CFR ☐ USC ☐ State Code
50 CFR 32.2(f)

Place of Offense: MINNESOTA VALLEY N.W.R. WILKIE UNIT

Offense Description: Factual Basis for Charge   HAZMAT ☐
Failure to comply with NWR Hunting Regulation: Hunt in Closed Area

### DEFENDANT INFORMATION
Last Name: BORMES
First Name: JOSHUA
MI: C

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150 Forfeiture Amount
+ $30 Processing Fee
$ 180 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Joshua C Bormes

Original - CVB Copy

*9261159*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 28, 20 25 while exercising my duties as a law enforcement officer in the United States District of Minnesota.

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09-28-2025    [Officer's Signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident